# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0074.  DEMETRIUS CARTER v. GEORGIA PUBLIC DEFENDER STANDARDS COUNCIL, et al.**

Demetrius Carter attempted to file a civil action against the Georgia Public Defender Standards Council, his public defender, and that attorney's supervisor.  On April 11, 2013, the trial court denied filing pursuant to OCGA § 9-15-2 (d), concluding that Carter's proposed complaint showed a complete absence of any justiciable law or fact.  On October 4, 2013, Carter filed this application for discretionary appeal.[1]

We lack jurisdiction because this application is untimely.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Carter filed his application 176 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Carter attempted to file his application on an earlier date, but it was not accepted for filing because it was missing a certificate of service.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 11/01/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*